FILED

10/14/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0094

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0094

AARON JOEL OLIPHANT,

Petitioner and Appellant,

v.

STATE OF MONTANA,

Respondent and Appellee.

**ORDER**

Pursuant to Appellant's motion for and extension of time to file his reply brief and good cause appearing,

IT IS HEREBY ORDERED that Appellant's motion for extension of time is GRANTED. Appellant shall file his reply brief by November 21, 2022.

No further extensions will be granted.

Montana Supreme Court Justice

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 14 2022